WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LAURIE SURRYHNE**,                                        Case No. 1:11-00983-HZ

          Plaintiff,

vs.                                                                          ORDER

**COMMISSIONER of Social Security**,

          Defendant.

_____

          Attorney fees in the amount of $4,080.78 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

          DATED this 17th day of _____October_____, 2012.


                                             /s/ Marco A. Hernandez
                                             United States District Judge

Submitted on October 16, 2012 by:

s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff


ORDER - Page 1